NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAYNE A. ROBINSON,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5085

---

Appeal from the United States Court of Federal Claims in No. 10-CV-397, Judge George W. Miller.

---

**JUDGMENT**

---

JERRY E. PERRY, Attorney at Law, of Cheshire, Connecticut, for plaintiff-appellant.

JESSICA R. TOPLIN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC for defendant-appellee. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and STEVEN J. GILLINGHAM, Assistant Director.

---

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (PROST, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 18, 2013        /s/ Jan Horbaly
        Date                    Jan Horbaly
                                  Clerk